IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Elijah Bonneau,<br><br>    PLAINTIFF,<br><br> v.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>    DEFENDANT. | C/A No. 5:16-CV-118-TLW-KDW<br><br>**ORDER** |

This matter comes before the Court on Defendant's motion to remand this case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 18. Plaintiff consents to the motion.

The Court has reviewed Defendant's motion and, for the reasons asserted therein, the motion is GRANTED. This case is hereby REMANDED to the Commissioner for further administrative proceedings.

IT IS SO ORDERED.

                *s/ Terry L. Wooten*
                Terry L. Wooten
                Chief United States District Judge

October 25, 2016
Columbia, South Carolina